**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title:
**Mid-America Carpenters Regional Council Health Fund et al**
   **v.**
**DuPage Overhead Garage Doors, Inc. et al**

Case Number: **26-cv-6264**

An appearance is hereby filed by the undersigned as attorney for:
**Defendants, DuPage Overhead Garage Doors, Inc. and Peter Grazioli, an individual**

Attorney name (type or print): **Todd A. Miller**

Firm: **Allocco, Miller & Cahill, P.C.**

Street address: **20 N. Wacker Drive, Suite 3517**

City/State/Zip: **Chicago, IL 60606**

Bar ID Number: **6216561**
(See item 3 in instructions)

Telephone Number: **(312) 675-4325**

Email Address: **tam@alloccomiller.com**

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.
   ☐ Retained Counsel
   ☐ Appointed Counsel
      If appointed counsel, are you a
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 6/6/26

Attorney signature: S/ Todd A. Miller

(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023