## AFFIDAVIT OF NON-SERVICE

| Case: 26-cv-6264 | Court: UNITED STATES DISTRCIT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS | County: | Job: 16015077 |
|---|---|---|---|
| **Plaintiff / Petitioner:** TRUSTEES of THE MID-AMERICA CARPENTERS REGIONAL COUNCIL HEALTH FUND et al. | | **Defendant / Respondent:** DUPAGE OVERHEAD GARAGE DOORS, INC. and PETE GRAZIOLI, an individual | |
| **Received by:** Theodore Tyk | | **For:** McGann, Ketterman & Rioux | |
| **To be served upon:** DUPAGE OVERHEAD GARAGE DOORS, INC.c/o PETE GRAZIOLI | | | |

Theodore Tyk, being first duly sworn on oath, deposes and states the following: I am over the age of 18 and not a party to this action. I am licensed under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

**Recipient Name / Address:** DUPAGE OVERHEAD GARAGE DOORS, INC.c/o PETE GRAZIOLI, 13712 Lemont Road, Homer Glen, IL 60491

**Manner of Service:** Non-Service

**Documents:** Summons, Complaint

**Additional Comments:**
1) Unsuccessful Attempt: May 29, 2026, 10:48 am CDT at 13712 Lemont Road, Homer Glen, IL 60491
No worker at property. I can see in house no furniture inside. Driveway has lots of parts. No contact with anyone.

2) Unsuccessful Attempt: Jun 3, 2026, 11:53 am CDT at 13712 Lemont Road, Homer Glen, IL 60491
Called 630-234-2221 from Google search. A male answered the phone and I asked if 13712 Lemont rd was the office he said "No that's my other house we use for storage" I asked if I was talking to Pete, I told him who I was and pretty much told me good luck. Please advise

3) Unsuccessful Attempt: Jun 8, 2026, 10:54 am CDT at 13712 Lemont Road, Homer Glen, IL 60491
Called office number again got no answer. On the last call someone confirmed that Lemont address is a storage facility and no worker there.

_Theodore Tyk_ (signature)
_____
Theodore Tyk                    06/08/2026
                                **Date**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

_Theodore Tyk_ (signature)
_____
Theodore Tyk                    06/08/2026
                                **Date**

Windy City Process Serving Inc.
3400 W 111th St #446
Chicago, IL 60655
117.001816