# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Trustees of the Mid–America Carpenters Regional
Council Health Fund, et al.

Plaintiff,

v.

Case No.:
1:26–cv–06264

Honorable Maria
Valdez

DuPage Overhead Garage Doors, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 10, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: Case reassigned to the Honorable Maria Valdez for all further proceedings pursuant to Local Rule 73.1. Parties have consented to the reassignment. Mailed notice(gcy, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.