## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Trustees of the Mid–America Carpenters Regional
Council Health Fund, et al.

                                          Plaintiff,

v.
                                          Case No.:
                                          1:26–cv–06264

                                          Honorable Maria
                                          Valdez

DuPage Overhead Garage Doors, Inc., et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 12, 2026:

       MINUTE entry before the Honorable Maria Valdez: This matter has been reassigned to Magistrate Judge Maria Valdez for final disposition of the case. A joint status report with a proposed scheduling order is due no later than 8/26/26. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.