IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the MID-AMERICA CARPENTERS REGIONAL COUNCIL HEALTH FUND, et al. | ) |
| | ) 26-cv-6264 |
| Plaintiffs, | ) |
| | ) Hon. Mag. Judge Maria Valdez |
| v. | ) |
| DUPAGE OVERHEAD GARAGE DOORS, INC. and PETE GRAZIOLI, an individual, | ) |
| Defendants. | ) |

# Initial Status Report 8/26/26

1\. - 2. Summary - Relief Sought: This is an ERISA trust fund collection case seeking delinquent contributions plus the ERISA add-ons of liquidated damages, interest and attorney fees.

3\. There are no pending motions.

4\. - 5. No discovery is anticipated nor will be needed at this time.

6\. There is no jury demand.

7\. Settlement Discussions: It is the intention of the parties to determine the ERISA fringe benefit contributions due then to discuss payment terms of the amounts due.

This case is bit different from typical ERISA trust fund collection cases as there is a competing labor union claiming the work performed by the Defendant and contributions due. As such, the parties agreed to allow a partial audit to be performed to help ferret out the relevant issues. The audit communications are in process.

8\. Miscellaneous: The parties request a 45 day time frame to allow the process to play itself out, including settlement discussions and therefore request that an additional status report be due on or before Friday, October 29, 2026.

Respectfully submitted,

By: /s/ Daniel P. McAnally

*Attorney for Plaintiffs*
McGann, Ketterman & Rioux
111 East Wacker Drive - Suite 2300
Chicago, IL 60601
Phone: (312) 229-1789
dmcanally@mkrlaborlaw.com

By: /s/ Todd A. Miller

*Attorney for Defendants*
Todd A. Miller (#6216561
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
Phone (312) 675-4325
tam@alloccomiller.com