IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the MID-AMERICA CARPENTERS REGIONAL COUNCIL HEALTH FUND, et al. | ) |
| | ) 26-cv-6264 |
| Plaintiffs, | ) |
| v. | ) Hon. Mag. Judge Maria Valdez |
| DUPAGE OVERHEAD GARAGE DOORS, INC. and PETE GRAZIOLI, an individual, | ) |
| Defendants. | ) |

# Status Report 10/29/26

## Audit and Settlement Progress

The audit is in progress, and the Defendant is cooperating with the audit production. The parties expect the audit to be completed within the next 30 days at which time the parties will discuss settlement of the case.

As such, the parties request that an additional status report be due on or before 12/11/26.

Respectfully submitted,

By: /s/ Daniel P. McAnally

*Attorney for Plaintiffs*
McGann, Ketterman & Rioux
111 East Wacker Drive - Suite 2300
Chicago, IL 60601
Phone: (312) 229-1789
dmcanally@mkrlaborlaw.com

By: /s/ Todd A. Miller

*Attorney for Defendants*
Todd A. Miller (#6216561
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
Phone (312) 675-4325
tam@alloccomiller.com